NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3006

CHARLES G. MORGAN,

Petitioner

v.

DEPARTMENT OF ENERGY,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF1221080135-W-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Charles G. Morgan moves for a 60-day extension of time, until June 23, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard Segerblom, Esq.
Jane W. Vanneman, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK